COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number:        01-11-00822-CR

Trial Court Cause
Number:               10CR1217

Style:                Thomas Wayne Florence

                     **v** The State of Texas

Date motion filed[*]:  August 5, 2013

Type of motion:       "Motion to File Judicial Notice"

Party filing motion:  appellant, Thomas Wayne Florence

Document to be filed:

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

☐ Granted

   If document is to be filed, document due: _____

   ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes
              ☒ Acting individually    ☐ Acting for the Court

Panel consists of  Justices Keyes, Higley, and Bland.

Date: September 26, 2013